respondent twenty dollars and serves proposed case and exceptions, in which event motion is denied, without costs.

Moses Reis v. Andrew J. Graham. — Motion denied.

John F. Slater, Appellant, v. Louise Grannemann, Personally and as Administratrix, etc., of Christian Grannemann, Deceased, and Others, Impleaded with Anna M. Grannemann and Others, Respondents. (No. 1.)— Order affirmed, with ten dollars costs and disbursements, upon the ground that the judgment is one of nonsuit and not upon the merits.    All concurred.

The Union Paving Company, Respondent, v. Julian Scholl & Company, Appellant.— Interlocutory judgment affirmed, with costs, with usual leave to defendant to answer upon payment of costs of demurrer and of this appeal.  No opinion.   All concurred.

Waterford Electric Light, Heat and Power Company v. Kate E. Reed and Others.— Motion denied.